FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0402

_____

THOMAS MANN POST NO. 81 OF THE
AMERICAN LEGION, DEPARTMENT OF
MONTANA, a Montana public benefit
corporation, and the TOWN OF CULBERTSON,
a political subdivision of the State of Montana,

      Plaintiffs, Counterdefendants,
      and Appellees.

   v.

KNUDSEN FAMILY LIMITED PARTNERSHIP,

      Defendant, Counterclaimant,
      and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022